**NOT FOR PUBLICATION IN WEST'S HAWAI‘I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000411
30-DEC-2025
08:42 AM
Dkt. 36 ODSD**

NO. CAAP-25-0000411

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI‘I

WILLIAM E. RIDGWAY, JR., as Trustee of the
William Edgar Ridgway, Jr. Revocable Living Trust
dated September 3, 2000, and the Gail Yoshie Yamaguchi Ridgway
Revocable Living Trust dated September 3, 2000,
Plaintiff-Appellee, v.
SHAR KAHUMOKU,
Defendant-Appellant, and
DOE DEFENDANTS 1-10,
Defendants.

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
KO‘OLAUPOKO DIVISION
(CIVIL NO. 1DRC-25-0002182)

ORDER DISMISSING APPEAL
(By: Nakasone, Chief Judge, McCullen and Guidry, JJ.)

Upon review of the record, it appears that:

(1) Self-represented Petitioner-Appellant Shar Kahumoku (Kahumoku) filed the notice of appeal on May 20, 2025 and subseqently filed amended notices of appeal on June 12, 2025 and June 20, 2025. The statement of jurisdiction and the opening brief were due, without extension, on July 25, 2025 and August 25, 2025, respectively. Hawai‘i Rules of Appellate Procedure (HRAP) Rules 12.1(a) and 28(b).

(2) On August 20, 2025, Kahumoku filed a request for extension of time to file the opening brief, which was granted by the appellate clerk on August 21, 2025, who extended the time to

file the opening brief to September 24, 2025.  Kahumoku has not requested an extension of time to file the statement of jurisdiction.

(3)  On October 1, 2025, the appellate clerk entered a *Default of Statement of Jurisdiction and Opening Brief*, stating the time for filing the statement of jurisdiction expired on July 25, 2025; the time for filing the opening brief expired on September 24, 2025; the matter would be called to the court's attention on October 13, 2025 for action that could include dismissal pursuant to HRAP Rules 12.1(e) and 30; and that Kahumoku could seek relief from default by motion.

(4) The appellate clerk mailed the default notice to Kahumoku on October 1, 2025 at Kahumoku's address of record.  The United States Postal Service returned the notice as "not deliverable as addressed."

(5)  Kahumoku has not filed a notice of change of address, consistent with HRAP Rule 25(f), has failed to file the statement of jurisdiction and the opening brief, and has not taken any further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawaiʻi, December 30, 2025.

/s/ Karen T. Nakasone
Chief Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge